CLOSED

# Mississippi Electronic Courts
## Seventh Circuit Court District (Hinds Circuit Court - Jackson)
### CIVIL DOCKET FOR CASE #: 25CI1:24-cv-00312-EFP

GIBBS et al v. AT&T CORPORATION et al
Assigned to: Judge Eleanor Faye Peterson

**Upcoming Settings:**

None Found

Date Filed: 05/07/2024
Date Terminated: 06/07/2024
Total Case Age: 31
Jury Demand: None
Nature of Suit: Declaratory Judgment (49)

---

**Plaintiff**

**VINSON GIBBS**                     represented by   **Cody W Gibson**
Gibson & Mullennix, PLLC
1755 Lelia Drive Suite 300
JACKSON, MS 39216
601-948-9840
Email: cwgibsonlaw@gmail.com
*ATTORNEY TO BE NOTICED*

**Carroll Louis Clifford, IV**
Clifford Law Firm, PLLC
1755 Lelia Drive
Suite 303
JACKSON, MS 39216
601-812-5925
Fax: 601-812-5926
Email: louis@clifford-law.com
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**CLEOTHA GIBBS, JR**               represented by   **Cody W Gibson**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Carroll Louis Clifford, IV**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**JEREMY FIELDS**                   represented by   **Cody W Gibson**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Carroll Louis Clifford, IV**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**JERRY FIELDS**                              represented by   **Cody W Gibson**
                                                              (See above for address)
                                                              *ATTORNEY TO BE NOTICED*

                                                              **Carroll Louis Clifford, IV**
                                                              (See above for address)
                                                              *ATTORNEY TO BE NOTICED*

**Plaintiff**

**AND ON BEHALF OF OTHERS**                   represented by   **Carroll Louis Clifford, IV**
**SIMILIARLY SITUATED**                                       (See above for address)
                                                              *ATTORNEY TO BE NOTICED*

                                                              **Cody W Gibson**
                                                              (See above for address)
                                                              *ATTORNEY TO BE NOTICED*

V.

**Defendant**

**AT&T CORPORATION**                          represented by   **Mallory Kaye Bland**
                                                              Phelps Dunbar LLP
                                                              4270 I-55 North
                                                              JACKSON, MS 39211
                                                              601-360-9334
                                                              Fax: 601-360-9777
                                                              Email: mallory.bland@phelps.com
                                                              *LEAD ATTORNEY*
                                                              *ATTORNEY TO BE NOTICED*

**Defendant**

**JOHN DOES 1-5**

| Date Filed | # | Docket Text |
|---|---|---|
| 05/07/2024 | 2 | COMPLAINT against AT&T CORPORATION, JOHN DOES 1-5, filed by VINSON GIBBS, CLEOTHA GIBBS, JR, JERRY FIELDS, AND ON BEHALF OF OTHERS SIMILIARLY SITUATED, JEREMY FIELDS. (Attachments: # 1 Civil Cover Sheet,) (KB) (Entered: 05/07/2024) |
| 05/07/2024 | 3 | SUMMONS Issued to AT&T CORPORATION. (KB) (Entered: 05/07/2024) |
| 05/08/2024 | 4 | NOTICE of Appearance *of Co-Counsel* by Carroll Louis Clifford, IV on behalf of AND ON BEHALF OF OTHERS SIMILIARLY SITUATED, JEREMY FIELDS, JERRY FIELDS, CLEOTHA GIBBS, JR, VINSON GIBBS (Clifford, Carroll) (Entered: 05/08/2024) |
| 05/24/2024 | 5 | SUMMONS Returned Executed by VINSON GIBBS. *Re:* ** 3 SUMMONS Issued to AT&T CORPORATION. (KB)** AT&T CORPORATION served on 5/9/2024, answer due 6/8/2024. Service type: Personal (Gibson, Cody) (Entered: 05/24/2024) |
| 06/07/2024 | 6 | NOTICE of Notice of Removal by AT&T CORPORATION (Bland, Mallory) (Entered: 06/07/2024) |

| MEC Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 06/13/2024 10:49:35 | | | |
| **You will be charged $0.20 per page to view or print documents.** | | | |
| **MEC Login:** | am5400 | **Client Code:** | 32586-0002 |
| **Description:** | Docket Report | **Search Criteria:** | 25CI1:24-cv-00312-EFP |
| **Billable Pages:** | 1 | **Cost:** | 0.20 |

IN THE CIRCUIT COURT OF THE FIRST JUDICIAL DISTRICT OF
HINDS COUNTY, MISSISSIPPI

VINSON GIBBS, CLEOTHA GIBBS, JR.,
JEREMY FIELDS, JERRY FIELDS, AND ON BEHALF OF OTHERS
SIMILIARLY SITUATED                                        PLAINTIFFS

VS.                          CIVIL ACTION NO.    24-312

AT & T CORPORATION and
JOHN DOES 1-5                                              DEFENDANTS

COMPLAINT

(Jury Trial Requested)

COME NOW the Plaintiffs, Vinson Gibbs, Cleotha Gibbs, Jr., Jeremy Fields, and Jerry Fields.,

by and through counsel, and files this Complaint against the Defendant, AT & T and would show

unto the Court the following, to-wit:

Parties

1. Plaintiff, Cleotha Gibbs, Jr. is an adult resident citizen of the First Judicial District of Hinds
   County, Mississippi.

2. Plaintiff, Vinson Gibbs is an adult resident citizen of the First Judicial District of Hinds
   County, Mississippi.

3. Plaintiff, Jeremy Fields, is an adult resident citizen of the First Judicial District of Hinds
   County, Mississippi.

4. Plaintiff, Jerry Fields, is an adult resident citizen of the First Judicial District of Hinds
   County, Mississippi.

5. Defendant, AT & T Corporation is a foreign corporation organized and existing under the
   laws of the State of New York.  AT & T Corporation may be served the process of this

1

Court by serving CT Corporation System, 645 Lakeland East Drive Ste 101, Flowood, MS 39232.

## Jurisdiction and Venue

6. Jurisdiction over the subject matter is proper in this Court.

7. Venue is proper in this Court as part of the conduct complained of herein occurred in the First Judicial District of Hinds County, Mississippi.

## Facts

8. Joe Ann Gibbs died intestate on November 9, 2015.

9. That on November 15, 2016, an Order Adjudicating Heirship was entered wherein the Chancery Court of the First Judicial District of Hinds County confirmed the heirs of Joe Ann Gibbs as Lettie Gibbs, Toni Gibbs Vanzant, Cleotha Gibbs, Jr., Charles Gibbs, Vinson Gibbs, Rebecca Gibbs, Patrick Gibbs, and Loretta Fields. See attached Exhibit "A." Loretta Fields has since passed away and her two heirs are Jeremy Fields and Jerry Fields.

10. That on November 5, 2019, an Order Approving the First and Final Accounting Distributing Final Assets, Paying Final Attorney Fees, Paying Administrator's Fees, Closing Estate and of Hinds County.  See attached Exhibit "B."

11. By letter dated October 7, 2023, Plaintiffs were informed by Defendant that the Plaintiffs were beneficiaries of Joe Anne Gibbs's pension benefits. See Attached Exhibit "C."

12. Thereafter the Plaintiffs through counsel provided Defendant with a copy of the Determination of Heirs and requested payment of benefits. See Exhibit "D."

13. Despite demand being made upon Defendant to date Plaintiffs have not received the monies from Defendant.

2

<u>Causes of Action</u>

<u>Count I – Declaratory Judgment</u>

14. Plaintiffs adopt and incorporates all prior paragraphs of the complaint as if set out fully herein.

15. Plaintiffs are the legal and rightful beneficiaries of Joe Ann Gibbs's pension plan through AT&T. AT&T has not tendered the monies owed to the Plaintiffs.

16. As a result, Plaintiffs request the Court enter a declaratory judgment declaring the rights and obligations of the parties hereto with respect to the matters set forth in this complaint

<u>Count II – Specific Performance</u>

17. Plaintiffs adopt and incorporates all prior paragraphs of the complaint as if set out fully herein.

18. Plaintiffs request that the Court enter an order granting specific performance and ordering Defendant to pay the Plaintiffs as the legal and rightful beneficiaries of Jo Ann Gibbs pension plan through AT&T.

<u>Count II – Conversion</u>

19. Plaintiffs adopt and incorporates all prior paragraphs of the complaint as if set out fully herein.

20. Defendant converted to its own use the pension and other benefits due to Joe Ann Gibbs estate belonging to Plaintiffs by failing to pay over to the same to her duly adjudicated heirs at law and pursuant to the final Order.

21. As a result of Defendant's conduct Plaintiffs have been damaged, and, are, therefore, entitled to actual damages, as well as an award of punitive damages and attorney's fees.

### Count II - Negligence, Gross Negligence and/or Intentional Conduct

22. Plaintiffs adopt and incorporate all prior paragraphs of the complaint as it is set out fully herein.

23. The aforementioned acts and/or omissions and the herein mentioned acts and/or omissions of the said Defendant were negligent, grossly negligent and/or intentional, extreme and outrageous and, as a direct and/or proximate cause and/or result of same, Plaintiffs have suffered damages and injuries.

24. That the Defendant owed Plaintiffs a duty to refrain from the conduct of hereinabove mentioned and, the Defendant breached said duty.

25. That, as a direct and/or proximate cause and/or result of the above said Defendant's actions and/or omissions, the Plaintiffs suffered damages and injuries as hereinbelow mentioned.

### Count III - Intentional and/or Negligent Infliction of Emotional Distress

26. Plaintiffs adopt and incorporate all prior paragraphs of the complaint as if set out fully herein.

27. The aforementioned acts and/or omissions on the part of the Defendants were intentional, extreme and/or outrageous and as a direct and/or proximate cause and/or result of same, the Defendants inflicted emotional distress upon the Plaintiffs when, it knew, or should have known that its acts and/or omissions would cause same.

### Count IV – Attorney's Fees

21. Plaintiffs adopt and incorporate all prior paragraphs of the complaint as if set out fully herein.

22. Due to the aforementioned acts and/or omissions on the part of the Defendant, Plaintiffs have been required to retain the services of the below signed attorneys to prosecute their claims. Plaintiffs are entitled to payment of their reasonable attorney's fees incurred herein from Defendants.

Relief Requested

WHEREFORE, PREMISES CONSIDERED, the Plaintiffs Vinson Gibbs, Cleotha Gibbs, Jr., Jeremy Fields, and Jerry Fields, hereby demands a trial by jury and that Defendant, AT & T, be served with process of this Court, to appear and answer the same, and that after due proceedings be had, there be a monetary judgment herein in favor of Plaintiffs in and from Defendant for:

(a)   Actual and compensatory damages;

(b)   Punitive and exemplary damages;

(c)   Declaratory Judgment;

(d)   Specific Performance;

(e)   Reasonable attorney fees;

(f)   Pre-judgment and post-judgment interest and;

(g)   Any other relief the Court deems just and appropriate under the circumstances.

Respectfully submitted,

Vinson Gibbs, Cleotha Gibbs, Jr., Jeremy Fields, and Jerry Fields, Plaintiffs

BY: _____

CODY GIBSON, ONE OF THE
ATTORNEYS FOR THE PLAINTIFFS

OF COUNSEL:

C. Louis Clifford IV (MSB#99545)

5

Clifford Law Firm, PLLC
Post Office Box 1099 (39215)
1755 Lelia Drive, Suite 303
Jackson, Mississippi 39216
Telephone: (601) 812-5925
Facsimile: (601) 812-5926
Email: louis@clifford-law.com

CODY W. GIBSON, MSB # 103967
1755 LELIA DRIVE, SUITE 300
JACKSON, MISSISSIPPI 39216
TELEPHONE: 601-948-9840; FACSIMILE: 601-519-0000
EMAIL: cwgibsonlaw@gmail.com

6

FIRST DISTRICT

**F I L E D
NOV 15, 2016**

IN THE CHANCERY COURT OF HINDS COUNTY, MISSISSIPPI

EDDIE JEAN CARR, CHANCERY CLERK

BY _____ D.C.

IN THE MATTER OF THE ESTATE OF          CAUSE NO.: P2015-666
JOE ANN GIBBS, DECEASED

TONI GIBBS VANZANT, PETITIONER

**EXHIBIT
4**

### ORDER ADJUDICATING HEIRSHIP

CAME ON THIS CAUSE to be heard, this date, as per the Petition to Determine Heirship, as filed herein and the Court having considered all of the same and finding that it has the complete jurisdiction and venue of the parties and subject matter, and having directed the calling of this case in Open Court and the hallways thereto, this Court does, therefore, further find and ORDER as follows, to-wit:

1.

Lawful publication of Heirs was duly published in the Jackson Free Press on the dates of May 5, 12, & 19, 2016 returnable to this date, and that only one alleged heir, Loretta Fields, has appeared before this court by filing an affidavit on the record and a hearing was held the heir's validity. The Court find Loretta Fields has merit and therefore, she is a lawful heir of Jo Ann Gibbs, deceased. This Court hereby confirms that the sole and only lawful heirs of this Estate are her mother, Lettie Gibbs, and her sisters and brothers, Toni Gibbs Vanzant, Cleotha Gibbs, Jr., Charles Gibbs, Vinson Gibbs, Rebecca Gibbs, Patrick Gibbs and Loretta Fields.

SO ORDER, ADJUDGED and DECREED this the 15 day of November 2016

_____
Chancellor

PRESENTED BY:

Tujuana S. McGee, MSB No. 104263
GIBBS TRAVIS, PLLC
1400 Meadowbrook Road, Suite 100
Jackson, Mississippi  39211
Telephone:  601-487-2640
Facsimile:  601-366-4295
Email:  tmcgee@gibbstravis.com

2

**F I L E D**

NOV 05 2019

IN THE CHANCERY COURT OF HINDS COUNTY, MISSISSIPPI
EDDIE JEAN CARR, CHANCERY CLERK

BY A. Jackson D.C.

IN THE MATTER OF THE ESTATE OF        CAUSE NO.: P2015-666
JOE ANN GIBBS, DECEASED

EXHIBIT
B

TONI GIBBS VANZANT, PETITIONER

### ORDER APPROVING FIRST AND FINAL ACCOUNTING, DISTRIBUTING FINAL ASSETS, PAYING FINAL ATTORNEY FEES, PAYING ADMINISTRATOR'S FEE, CLOSING ESTATE AND DISCHARGING THE ADMINISTRATOR

CAME ON THIS CAUSE to be heard, on this date Petitioner's *Petition to Approve First and Final Accounting, Distribute Final Assets, Pay Final Attorney Fees, Close Estate and Discharge the Administrator* and the Court having considered all of same and finding that it has the complete jurisdiction and venue of the parties and subject matter, the Court further finds and ORDERS as follows, to-wit:

1.

Joe Ann Gibbs having departed this life on the date of November 9, 2015, intestate, and leaving an Estate in need of final probate, and Toni Gibbs Vanzant, having duly presented a petition for probate, and her having been duly qualified and appointed as the Administrator and granted Letters of Administration upon this Estate on January 7, 2016, and now having lawfully completed the administration of the Estate, she has presented the final accounting.

2.

That heretofore on the date of November 15, 2016, the Court adjudicated that the heirs of Joe Ann Gibbs, deceased is her mother, Lettie Gibbs and her sisters and brothers, Toni Gibbs Vanzant, Cleotha Gibbs, Jr., Charles Gibbs, Vinson Gibbs, Rebecca Gibbs, Patrick Gibbs, and Loretta Fields.

3.

An affidavit of notice to creditors was filed in this matter on March 15, 2016, wherein said Administrator affirmatively states that she has made reasonable and diligent efforts to identify persons having claims against the Estate of Joe Ann Gibbs. Further, a Notice of Creditors was published in the *Clarion-Ledger* a newspaper published in, Hinds County, Mississippi, on March 17, 2016, March 24, 2016, and March 31, 2016. No creditors have filed claims in this matter and the time within which claims may be probated against the Estate of the Decedent has expired.

4.

The Estate is not liable for any estate or inheritance taxes, which may have accrued by reason of death of the Decedent. No estate tax returns were required to be filed with the State Tax Commission for the State of Mississippi or the Internal Revenue Service for the United States of America.

5.

The First and Final Accounting of the Estate indicate that the asset of the Estate is cash assets and are as follows:

| TOTAL VALUE OF ESTATE | $48,303.70 | |
|---|---|---|
| 1st Disbursement | $24,000.00 | |
| 2nd Disbursement | $8,000.00 | |
| **TOTAL** | **$16,303.70** | |

6.

2

Case 3:24-cv-00333-DPJ-LGI    Document 6    Filed 06/13/24    Page 14 of 26

Case: 25CH1-24-cv-00312-EFP    Document #:32    Filed: 05/07/2024    Page 11 of 15
Case: 25CH1:15-pr-00666    Document #:35    Filed: 11/09/2023    Page: 4 of 4

Gibbs Travis, PLLC was hired to administer the Estate of Joe Ann Gibbs and said firm has provided valuable legal services.    As such, Gibbs Travis, PLLC is entitled to the remaining reasonable attorney's fee in the amount of $1,591.00 pursuant to the itemized billing statement attached as Exhibit "A" to Petitioner's Petition.

7.

The Administrator has performed extraordinary services for the estate including participating in a class action lawsuit on behalf of the decedent and locating and liquating stocks assets from two different companies which resulted in an increase of estate assets.  Therefore the Administrator, pursuant to Miss. Code. Ann. § 93-13-77 is entitled to an administrator's fee in an amount of $4,800.00

8.

Petitioner, Toni Gibbs Vanzant, has completed the administration of the estate, and the estate should now be closed.

IT IS, THEREFORE, ORDERED AND ADJUDGED as follows:

(a)    Petitioner's First and Final Accounting is hereby Approved;

(b)    Gibbs Travis PLLC is awarded attorney fees in the amount of $1,591.00;

(c)    The Administrator is entitled to an administrator's fee in the amount of $4,800.00;

(d)    The remaining monetary assets of the estate in the amount of $9,912.70 shall be distributed to the sole heirs of the Estate of Joe Ann Gibbs in equal $1/8^{th}$ increments;

(e)    After the distribution of said assets Toni Gibbs Vanzant, Administrator of the Estate of Joe Ann Gibbs, Deceased, shall stand finally discharged in the premises

3

and this estate shall stand close without the entry of any other or further Orders or

Decrees in this cause;

SO ORDERED, ADJUDGED and DECREED, this the 5th day of November, 2019.

_____

CHANCELLOR

OF COUNSEL

Tujuana S. McGee MSB #104263
GIBBS TRAVIS, PLLC
210 East Capitol Street, Suite 1801
Jackson, Mississippi 39201
Telephone: 601-487-2640
Facsimile: 601-366-4295
Email: tmcgee@gibbstravis.com

4

EXHIBIT

October 07, 2023

THE ESTATE OF JOE A GIBBS
C/O VINSON GIBBS
2806 KINGSROAD AVE
JACKSON, MS 39213

Fidelity Service Center
1-800-416-2363
International Access, dial AT&T Direct® Access
Number
then dial 800-416-2363
TDD Service for the Hearing Impaired
1-888-343-0860
NetBenefits at www.netbenefits.com/att

**Re: Important Information About Your Benefits**

Dear THE ESTATE OF JOE A GIBBS:

Our records indicate that as the beneficiary of JOE A GIBBS, you may have a pension benefit due from the Plan.

Under current federal law governing pension plans, as the beneficiary of JOE A GIBBS, you are required to begin receiving your benefit as follows:

- Depending on the specific terms of the participant's pension plan, as a spousal beneficiary, benefits must begin no later than
1) December 31st of the 5th anniversary of JOE A GIBBS's death, or
2) the end of the calendar year that includes the later of the year following the year of JOE A GIBBS's death, the year JOE A GIBBS would have attained NRD age, as defined by your plan or the applicable Required Minimum Distribution (RMD) age. To determine specific RMD age, please visit the IRS website at irs.gov.

- As a non-spouse beneficiary most plans require you to begin receiving benefits by December 31st of the 5th calendar year following the year of JOE A GIBBS's death. In some plans, you may be required to begin distributions no later than December 31st of the calendar year following the participant's death. Please review the terms of your plan.

As the named beneficiary, you are required to commence this benefit according to the timeframe noted above. You may be subject to a 25% excise tax on the RMD amount if you do not commence your benefit by the end of the tax year you were required to begin distributions.

Please contact the Fidelity Service Center within 30 days of receipt of this letter to commence your benefit. If you do not contact the Fidelity Service Center, your benefit may automatically be paid to you according to the Plan's default option.

To commence your benefit or if you have any questions, please call the Fidelity Service Center toll-free at 1-800-416-2363, Monday through Friday (excluding all New York Stock Exchange holidays except Good Friday), between 8:30 A.M. and midnight, Eastern Time to speak with a Service Center Representative. From outside the U.S., dial your country's toll-free AT&T Direct access number then enter 1-800-416-2363. In the U.S., call 1-800-331-1140 to obtain AT&T Direct access numbers. From anywhere in the world, access numbers are available online at www.att.com/traveler or from your local operator.

877 208 0800

85619-28SEP23

**Gibson & Mullennix, PLLC**
**1755 Lelia Drive Suite 300**
**JACKSON, MS 39216**
**Tel: 601-948-9840 Fax: 601-519-0000**

# Fax

**To:**   Maria Greazzo                    **From:** GIBSON & MULLENNIX, PLLC

**Fax:**   1-800-984-9205                  **Date:** Nov 30, 2023 10:40 AM

**Organization:** AT&T

**Subject:**   **Reference NO. W120290-09NOV15, Joe A. Gibbs**

---

Confidentiality Warning: This message is intended only for the use of the individual or entity to which it is addressed, and may contain information which is privileged, confidential, proprietary or exempt from disclosure under applicable law. If you are not the intended recipient or the person responsible for delivering the message to the intended recipient, you are strictly prohibited from disclosing, distributing, copying or in any way using this message. If you have received this communication in error, please notify the sender, and destroy and delete any copies you may have received.

## Gibson & Mullennix, PLLC

1755 Lelia Drive Suite 300
Jackson, MS 39216
cwgibsonlaw@gmail.com
601-948-9840

November 30, 2023

AT&T
Survivor Services
Case Manager Maria Greazzo
Via Fax 800-984-9205

Re:   *Reference NO. W120290-09NOV15, Joe A. Gibbs*

Ms. Greazzo:

Please find attached the Orders of the Chancery Court of Hinds County Mississippi regarding the Estate of Joe Ann Gibbs.

Ms. Gibbs passed away on November 9, 2015. As I understand it, she has a pension and other benefits due to her Estate from AT&T. I have attached a copy of the Determination of Heirs and Order Closing the Estate.

As you can see this Estate was closed in November of 2019, since that time this asset was discovered by one of the heirs, my client Mr. Vinson Gibbs. Mr. Gibbs is simply requesting that the monies be paid to the heirs at law *per stirpes,* which means all heirs of Ms. Gibbs receive equal shares of the funds held by AT&T in accordance with both Mississippi Law and the Court Orders attached.

Mr. Gibbs has the addresses and information of all of the heirs and we would provide that information if you all are compelled to simply distribute the money as requested and set out by the previous Court Orders.

We look forward to your response to this request.

Should you have any questions, please contact me, Cody W. Gibson, Attorney for Mr. Vinson Gibbs, at (601) 948-9840, or at our mailing address of 1755 Lelia Drive, Suite 300, Jackson, Mississippi 39216.

Sincerely yours,

Cody W. Gibson

**COVER SHEET**
**Civil Case Filing Form**
*(To be completed by Attorney/Party Prior to Filing of Pleading)*

Case: 25CI1:24-cv-00312-EFP    Document #: 2-1    Filed: 05/07/2024    Page 1 of 4

Mississippi Supreme Court
Administrative Office of Courts

Form AOC/01
(Rev 2020)

**Court Identification Docket #**
2 5 | 1 | C I
County #  |  Judicial District  |  Court ID (CH, CI, CO)

0 5 0 7 2 4
Month | Date | Year
*This area to be completed by clerk*

**Case Year** 2 0 2 4

**Docket Number** | 3 1 2
Local Docket ID

Case Number if filed prior to 1/1/94

In the CIRCUIT ☑  Court of HINDS ☑ County — FIRST ☑ Judicial District

**Origin of Suit (Place an "X" in one box only)**
- ☒ Initial Filing
- ☐ Remanded
- ☐ Reinstated
- ☐ Reopened
- ☐ Foreign Judgment Enrolled
- ☐ Joining Suit/Action
- ☐ Transfer from Other court
- ☐ Appeal
- ☐ Other

**Plaintiff - Party(ies) Initially Bringing Suit Should Be Entered First - Enter Additional Plaintiffs on Separate Form**

Individual: Gibbs | Vinson
Last Name | First Name | Maiden Name, if applicable | M.I. | Jr/Sr/III/IV

____ Check ( x ) if Individual Plainitiff is acting in capacity as Executor(trix) or Administrator(trix) of an Estate, and enter style:
Estate of _____

____ Check ( x ) if Individual Plainitiff is acting in capacity as Business Owner/Operator (d/b/a) or State Agency, and enter entity
D/B/A or Agency _____

Business _____
Enter legal name of business, corporation, partnership, agency - If Corporation, indicate the state where incorporated

____ Check ( x ) if Business Plaintiff is filing suit in the name of an entity other than the above, and enter below:
D/B/A _____

Address of Plaintiff _____

Attorney (Name & Address): Cody Gibson 1755 Lelie D Ste 300 JN MS Bar No. 103967 39216

____ Check ( x ) if Individual Filing Initial Pleading is NOT an attorney

Signature of Individual Filing: _____

**Defendant - Name of Defendant - Enter Additional Defendants on Separate Form**

Individual: _____
Last Name | First Name | Maiden Name, if applicable | M.I. | Jr/Sr/III/IV

____ Check ( x ) if Individual Defendant is acting in capacity as Executor(trix) or Administrator(trix) of an Estate, and enter style:
Estate of _____

____ Check ( x ) if Individual Defendant is acting in capacity as Business Owner/Operator (d/b/a) or State Agency, and enter entity:
D/B/A or Agency _____

Business: A&T Corporation
Enter legal name of business, corporation, partnership, agency - If Corporation, indicate the state where incorporated

____ Check ( x ) if Business Defendant is acting in the name of an entity other than the above, and enter below:
D/B/A _____

Attorney (Name & Address) - If Known _____ MS Bar No. _____

____ Check ( x ) if child support is contemplated as an issue in this suit.*
*If checked, please submit completed Child Support Information Sheet with this Cover Sheet

**Nature of Suit (Place an "X" in one box only)**

**Domestic Relations**
- ☐ Child Custody/Visitation
- ☐ Child Support
- ☐ Contempt
- ☐ Divorce:Fault
- ☐ Divorce: Irreconcilable Diff.
- ☐ Domestic Abuse
- ☐ Emancipation
- ☐ Modification
- ☐ Paternity
- ☐ Property Division
- ☐ Separate Maintenance
- ☐ Term. of Parental Rights-Chancery
- ☐ UIFSA (eff 7/1/97; formerly URESA)
- ☐ Other _____

**Appeals**
- ☐ Administrative Agency
- ☐ County Court
- ☐ Hardship Petition (Driver License)
- ☐ Justice Court
- ☐ MS Dept Employment Security
- ☐ Municipal Court
- ☐ Other _____

**Business/Commercial**
- ☐ Accounting (Business)
- ☐ Business Dissolution
- ☐ Debt Collection
- ☐ Employment
- ☐ Foreign Judgment
- ☐ Garnishment
- ☐ Replevin
- ☐ Other _____

**Probate**
- ☐ Accounting (Probate)
- ☐ Birth Certificate Correction
- ☐ Mental Health Commitment
- ☐ Conservatorship
- ☐ Guardianship
- ☐ Joint Conservatorship & Guardianship
- ☐ Heirship
- ☐ Intestate Estate
- ☐ Minor's Settlement
- ☐ Muniment of Title
- ☐ Name Change
- ☐ Testate Estate
- ☐ Will Contest
- ☐ Alcohol/Drug Commitment (involuntary)

- ☐ Alcohol/Drug Commitment (voluntary)
- ☐ Other

**Children/Minors - Non-Domestic**
- ☐ Adoption - Contested
- ☐ Adoption - Uncontested
- ☐ Consent to Abortion
- ☐ Minor Removal of Minority
- ☐ Other _____

**Civil Rights**
- ☐ Elections
- ☐ Expungement
- ☐ Habeas Corpus
- ☐ Post Conviction Relief/Prisoner
- ☐ Other _____

**Contract**
- ☐ Breach of Contract
- ☐ Installment Contract
- ☐ Insurance
- ☐ Specific Performance
- ☐ Other _____

**Statutes/Rules**
- ☐ Bond Validation
- ☐ Civil Forfeiture
- ☒ Declaratory Judgment
- ☐ Injunction or Restraining Order
- ☐ Other _____

**Real Property**
- ☐ Adverse Possession
- ☐ Ejectment
- ☐ Eminent Domain
- ☐ Eviction
- ☐ Judicial Foreclosure
- ☐ Lien Assertion
- ☐ Partition
- ☐ Tax Sale: Confirm/Cancel
- ☐ Title Boundary or Easement
- ☐ Other _____

**Torts**
- ☐ Bad Faith
- ☐ Fraud
- ☐ Intentional Tort
- ☐ Loss of Consortium
- ☐ Malpractice - Legal
- ☐ Malpractice - Medical
- ☐ Mass Tort
- ☐ Negligence - General
- ☐ Negligence - Motor Vehicle
- ☐ Premises Liability
- ☐ Product Liability
- ☐ Subrogation
- ☐ Wrongful Death
- ☐ Other _____

**IN THE** <u>CIRCUIT</u> ☑**COURT OF** <u>HINDS</u> ☑**COUNTY, MISSISSIPPI**

<u>FIRST</u>        ☑ **JUDICIAL DISTRICT, CITY OF** _____

Docket No._____ - _____ _____     Docket No. If Filed
        File Yr         Chronological No.         Clerk's Local ID     Prior to 1/1/94_____

### PLAINTIFFS IN REFERENCED CAUSE - Page 1 of ___ Plaintiffs Pages
### IN ADDITION TO PLAINTIFF SHOWN ON CIVIL CASE FILING FORM COVER SHEET

**Plaintiff #2:**

**Individual:** <u>Gibbs</u> _____ <u>Cleotha</u> _____ (_____) _____ <u>Jr.</u>
        Last Name         First Name         Maiden Name, if Applicable     Middle Init.     Jr/Sr/III/IV

___Check (✓) if Individual Plaintiff is acting in capacity as Executor(trix) or Administrator(trix) of an Estate, and enter style:

   Estate of _____

___Check (✓) if Individual Plaintiff is acting in capacity as Business Owner/Operator (D/B/A) or State Agency, and enter that name below:

   D/B/A _____

**Business** _____
        Enter legal name of business, corporation, partnership, agency - If Corporation, indicate state where incorporated

___Check (✓) if Business Plaintiff is filing suit in the name of an entity other than the name above, and enter below:

   D/B/A _____

**ATTORNEY FOR THIS PLAINTIFF:** _____ Bar # or Name: _____ *Pro Hac Vice* (✓)___ Not an Attorney(✓)___

**Plaintiff #3:**

**Individual:** <u>Fields</u> _____ <u>Jeremy</u> _____ (_____) _____ _____
        Last Name         First Name         Maiden Name, if Applicable     Middle Init.     Jr/Sr/III/IV

___Check (✓) if Individual Plaintiff is acting in capacity as Executor(trix) or Administrator(trix) of an Estate, and enter style:

   Estate of _____

___Check (✓) if Individual Plaintiff is acting in capacity as Business Owner/Operator (D/B/A) or State Agency, and enter that name below:

   D/B/A _____

**Business** _____
        Enter legal name of business, corporation, partnership, agency - If Corporation, indicate state where incorporated

___Check (✓) if Business Plaintiff is filing suit in the name of an entity other than the name above, and enter below:

   D/B/A _____

**ATTORNEY FOR THIS PLAINTIFF:** _____ Bar # or Name: _____ *Pro Hac Vice* (✓)___ Not an Attorney(✓)___

**Plaintiff #4:**

**Individual:** <u>Fields</u> _____ <u>Jerry</u> _____ (_____) _____ _____
        Last Name         First Name         Maiden Name, if Applicable     Middle Init.     Jr/Sr/III/IV

___Check (✓) if Individual Plaintiff is acting in capacity as Executor(trix) or Administrator(trix) of an Estate, and enter style:

   Estate of _____

___Check (✓) if Individual Plaintiff is acting in capacity as Business Owner/Operator (D/B/A) or State Agency, and enter that name below:

   D/B/A _____

**Business** _____
        Enter legal name of business, corporation, partnership, agency - If Corporation, indicate state where incorporated

___Check (✓) if Business Plaintiff is filing suit in the name of an entity other than the name above, and enter below:

   D/B/A _____

**ATTORNEY FOR THIS PLAINTIFF:** _____ Bar # or Name: _____ *Pro Hac Vice* (✓)___ Not an Attorney(✓)___

## IN THE CIRCUIT COURT OF THE FIRST JUDICIAL DISTRICT OF HINDS COUNTY, MISSISSIPPI

VINSON GIBBS, CLEOTHA GIBBS, JR.,
JEREMY FIELDS, JERRY FIELDS, AND ON BEHALF OF OTHERS
SIMILIARLY SITUATED                                                      PLAINTIFFS

VS.                                        CIVIL ACTION NO.    24-312

AT & T CORPORATION and
JOHN DOES 1-5                                                            DEFENDANTS

SUMMONS

STATE OF MISSISSIPPI

TO:    AT&T CORPORATION
       C/O CT Corporation System,
       645 Lakeland East Drive Ste 101
       Flowood, Mississippi 39232

### NOTICE TO DEFENDANT

THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS.

You are required to mail or hand-deliver a copy of a written response to the Complaint to C. Louis Clifford IV, one of the Attorneys for Plaintiff, whose address is 1755 Lelia Drive, Suite 303, Jackson, Mississippi 39216. Your response must be mailed or delivered within thirty (30) days from the date of delivery of this Summons and Complaint or a Judgment by Default will be entered against you for the money or things demanded in the Complaint.

You must also file the original of your response with the Clerk of this Court within a reasonable time afterward.

Issued under my hand and the seal of said Court, this the 7 day of May, 2024.

(Seal)

                                      ZACK WALLACE, CIRCUIT CLERK
                                      OF HINDS COUNTY 1ST JUDICIAL DISTRICT

                                      _Karla Bailey_ _____ D.C.



IN THE CIRCUIT COURT OF THE FIRST JUDICIAL DISTRICT OF
HINDS COUNTY, MISSISSIPPI

VINSON GIBBS, CLEOTHA GIBBS, JR.,
JEREMY FIELDS, JERRY FIELDS, AND ON BEHALF OF
OTHER SIMILARLY SITUATED                                    PLAINTIFFS

VS.                                                    CAUSE NO. 2024-312

AT & T CORPORATION and
JOHN DOES 1-5                                               DEFENDANTS

### NOTICE OF APPEARANCE OF CO-COUNSEL

COMES NOW, C. Louis Clifford IV of Clifford Law Firm, PLLC, and hereby formally enters his appearance as co-counsel of record for Plaintiffs, Vinson Gibbs, Cleotha Gibbs, Jr., Jeremy Fields, Jerry Fields, and on behalf of others similarly situated, in above-styled and numbered cause.

RESPECTFULLY SUBMITTED, this the 8th day of May, 2024.

/s/ C. Louis Clifford IV
C. Louis Clifford IV (MSB# 99545)
Clifford Law Firm, PLLC
1755 Lelia Drive, Suite 303
Jackson, Mississippi 39216
Telephone: (601) 812-5925
Facsimile: (601) 812-5926
Email: louis@clifford-law.com

### CERTIFICATE OF SERVICE

I hereby certify that on this day I electronically filed the foregoing pleading or other paper with the Clerk of the Court using the MEC system which sent notification of such filing to any registered filers of record in this cause.

This 8th day of May, 2024.

/s/ C. Louis Clifford IV
C. Louis Clifford IV

IN THE CIRCUIT COURT OF THE FIRST JUDICIAL DISTRICT OF
HINDS COUNTY, MISSISSIPPI

VINSON GIBBS, CLEOTHA GIBBS, JR.,
JEREMY FIELDS, JERRY FIELDS, AND ON BEHALF OF OTHERS
SIMILIARLY SITUATED                                             PLAINTIFFS

VS.                              CIVIL ACTION NO.   24-312

AT & T CORPORATION and
 JOHN DOES 1-5                                                  DEFENDANTS

SUMMONS

STATE OF MISSISSIPPI

TO:    AT&T CORPORATION
       C/O CT Corporation System,
       645 Lakeland East Drive Ste 101
       Flowood, Mississippi 39232

NOTICE TO DEFENDANT

THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT AND YOU MUST
TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS.

You are required to mail or hand-deliver a copy of a written response to the Complaint to C. Louis Clifford
IV, one of the Attorneys for Plaintiff, whose address is 1755 Lelia Drive, Suite 303, Jackson, Mississippi
39216. Your response must be mailed or delivered within thirty (30) days from the date of delivery of this
Summons and Complaint or a Judgment by Default will be entered against you for the money or things
demanded in the Complaint.

You must also file the original of your response with the Clerk of this Court within a reasonable time afterward.

Issued under my hand and the seal of said Court, this the **7** day of May, 2024.

(Seal)

                          ZACK WALLACE, CIRCUIT CLERK
                          OF HINDS COUNTY 1ST JUDICIAL DISTRICT

                          _Karla Bailey_____ D.C.



**PROOF OF SERVICE (Process Server)**

AT&T Corporation c/o CT Corporation System by Matt Thibodeaux

(NAME OF PERSON OR ENTITY SERVED)

I, the undersigned process server, served the _Summons + Complaint_ upon the person or entity named above in the matter set forth below (process server must check proper space and provide all additional information that is requested and pertinent to the mode of service used):

_____ **FIRST CLASS MAIL AND ACKNOWLEDGMENT SERVICE.** By mailing (by first class, postage prepaid), on the date started in the attached Notice, copies to the person served, together with copies of the form of notice and acknowledgment and return envelope, postage prepaid, addressed to the sender. *(Attach completed acknowledgment of receipt pursuant to M.R.C.P. Form 1B.)*

__X__ **PERSONAL SERVICE.** I personally delivered copies of the _Summons + Complaint_ to _AT&T Corporation_ on the _9th_ day of _May_, 20_24_, where I found said person(s) in _Rankin_ County of the State of _Mississippi_.

_____ **RESIDENCE SERVICE.** After exercising reasonable diligence I was unable to deliver copies of the _____ to _____ within _____ County, State of Mississippi. I served the summons and complaint on the _____ day of _____, 20_____, at the usual place of abode of said person by leaving a true copy of the summons and complaint with _____, who is the _____, a member of the family of the person served above the age of sixteen (16) years and mailed (by first class mail, postage prepaid) copies to the person served at his or her usual place of abode where the copies were left.

_____ **CERTIFIED MAIL SERVICE.** By mailing to an address outside Mississippi (by first class mail, postage prepaid, requiring a return receipt) copies to the person served. *(Attached signed return receipt or the return envelope marked "Refused")*

_____ **UNABLE TO SERVE.** After _____ attempts of a due and diligent search, I was unable to serve the _____.

At the time of service, I was at least eighteen (18) years of age and not a party to this action.

Fee for service: $_65.00_

**Process Server must list below: (Please print or type)**

Name: Tyler H. Miller

Address: Post Office Box 546, Ridgeland, Mississippi 39158

Telephone No.: (601) 540-3999

STATE OF MISSISSIPPI
COUNTY OF RANKIN

Personally appeared before me, the undersigned authority in and for the state and county aforesaid, the within named _Tyler H. Miller_, who being first duly sworn stated on oath that the matters and facts set forth in the foregoing "Proof of Service" are true and correct as therein stated.

_____
PROCESS SERVER (Signature)

Sworn to and subscribed before me, this the _15th_ day of _May_, 20_24_.

_____
NOTARY PUBLIC

STATE OF MISSISSIPPI
JANET DENISE COOK
NOTARY PUBLIC
(SEAL) ID No. 64098
Commission Expires
September 20, 2025
RANKIN COUNTY

My Commission Expires: _____

**IN THE CIRCUIT COURT OF HINDS COUNTY, MISSISSIPPI
FIRST JUDICIAL DISTRICT**

VINSON GIBBS, CLEOTHA GIBBS, JR.,
JEREMY FIELDS, JERRY FIELDS, AND ON BEHALF OF OTHERS
SIMILARLY SITUATED                                                                PLAINTIFF

V.                                                                                  CASE NO. 25CI1:24-CV-00312-EFP

AT&T CORPORATION and JOHN DOES 1-5,                                              DEFENDANT

**NOTICE OF FILING NOTICE OF REMOVAL**

TO:

Clerk, Circuit Court of Hinds County        C. Louis Clifford IV
Attention:  Civil                           Clifford Law Firm, PLLC
407 East Pascagoula Street                   1755 Lelia Drive, Suite 303
Jackson, MS  39201                           Jackson, MS 39216

        PLEASE TAKE NOTICE that Defendant AT&T Enterprises, LLC, f/k/a AT&T Corp.

has filed the attached Notice of Removal with the United States District Court for the Southern

District of Mississippi, Northern Division.  *See* 28 U.S.C. § 1441, *et seq.*

        This 7th day of June, 2024.

                                        Respectfully submitted,

                                        PHELPS DUNBAR LLP


                                        */s/ Mallory K. Bland*
                                        Mallory K. Bland
                                        4270 I-55 North
                                        Jackson, MS 39211-6391
                                        Post Office Box 16114
                                        Jackson, MS 39236-6114
                                        Telephone: 601-352-2300
                                        Telecopier: 601-360-9777
                                        Email: mallory.bland@phelps.com
                                        ATTORNEY FOR DEFENDANT

## CERTIFICATE OF SERVICE

I certify that I have this 7th day of June, 2024, served upon counsel for Plaintiff a copy of

the foregoing Notice of Filing Notice of Removal by depositing same in the United States Mail,

with adequate postage thereon, addressed as follows:

> C. Louis Clifford IV
> Clifford Law Firm, PLLC
> 1755 Lelia Drive, Suite 303
> Jackson, MS 39216

> /s/ Mallory K. Bland

> ATTORNEY FOR DEFENDANT