**UNITED STATES DISTRICT COURT FOR THE**
**SOUTHERN DISTRICT OF MISSISSIPPI**
**NORTHERN DIVISION**

| | |
|---|---|
| **VINSON GIBBS, CLEOTHA GIBBS, JR., JEREMY FIELDS, JERRY FIELDS, AND ON BEHALF OF OTHERS SIMILARLY SITUATED** | **PLAINTIFFS** |
| **VS.** | **CIVIL ACTION NO. 3:24-cv-00333-DPJ-LGI** |
| **AT&T CORPORATION and JOHN DOES 1-5** | **DEFENDANTS** |

## MOTION FOR LEAVE TO DEPOSIT FUNDS INTO COURT'S REGISTRY

AT&T Pension Benefit Plan ("Defendant" or "AT&T") files this Motion for Leave to Deposit Funds into the Court's Registry, pursuant to Rules 22 and 67 of the Federal Rules of Civil Procedure and, in support, would show the following:

1. This lawsuit arises out of pension benefits owed to the beneficiaries of JoeAnne Gibbs (the "Decedent"). [Dkt. 6] at 5-6.

2. On December 4, 2025, AT&T filed its Counterclaim for interpleader, disclaiming any interest in the pension funds, currently estimated to equal $294,841.39,[1] and requesting the Court determine which of the Decedent's lawful heirs are entitled to the pension funds. [Dkt. 32] at 6-9.

3. AT&T properly served all lawful heirs which were made a party to the Counterclaim. [Dkts. 36-38, 40].

---

[1] An interest factor is applied to the pension funds and, therefore, the amount is subject to revision until a final calculation is run.

4.     Because AT&T has no claim to the pension funds, AT&T now seeks the Court's permission to deposit the pension funds into the registry of the Court.

5.     AT&T further requests that once the funds are deposited, it be dismissed from this action with prejudice, with any further dispute to be resolved between the family members alone.

6.     Given the straightforward nature of this Motion, AT&T respectfully requests that it be relieved of the requirement of filing a separate memorandum brief.

7.     The parties who have appeared in this action have confirmed that they have no opposition to the Motion.

Defendant, therefore, moves the Court to grant it leave to deposit the pension funds at issue into the registry of the Court.

This, the 1st day of April, 2026.

Respectfully submitted,

AT&T PENSION BENEFIT PLAN

By Its Attorneys,

BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ, PC

By:     */s R. Christopher White*
         R. CHRISTOPHER WHITE

OF COUNSEL:

D. Sterling Kidd (MSB No. 103670)
R. Christopher White (MSB No. 105509)
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ, P.C.
100 Vision Drive, Suite 400
One Eastover Center
Jackson, Mississippi 39211
Telephone: (601) 351-2400
Facsimile: (601) 351-2424
skidd@bakerdonelson.com
rcwhite@bakerdonelson.com

Leon H. Lee, Jr. (admitted *pro hac vice*)
AT&T Legal Department
1025 Lenox Park Blvd., NE, 5th Floor
Atlanta, Georgia 30319
Telephone: (404) 281-0152
ll4314@att.com